**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DEMETRI DURONSLET, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-3725** |
| **AVIS BUDGET CAR RENAL, L.L.C., ET AL** | **SECTION "K"(3)** |

## ORDER

Pending before the Court is a Motion to Remand (Doc. No. 4) filed by plaintiffs, Demetri Duronslet, individually and on behalf of the minor child, Rian Duronslet, and Rickey Duronslet, Jr. and Megan Duronslet, and having been informed by counsel for the defendant that it will not oppose the motion,

**IT IS ORDERED** that the Motion to Remand (Doc. No. 4) is **GRANTED** and this matter is **REMANDED** to the Civil District Court for the Parish of Orleans.

New Orleans, Louisiana, this  31st  of August, 2006.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**